THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KARITA PIERSON,<br><br>        Plaintiff,<br><br>v.<br><br>SKECHERS U.S.A., INC.; SKECHERS U.S.A., INC. II; SKECHERS FITNESS GROUP,<br><br>        Defendants. | Case No. 3:11-cv-352<br><br>Honorable Walter H. Rice<br><br>**ORDER STAYING PROCEEDINGS PENDING ACTION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

Having reviewed the parties' joint motion for an order staying this action pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") concerning the transfer of this action for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, and for good cause shown, the Court hereby GRANTS the motion.

It is hereby ORDERED, ADJUDGED AND DECREED that all proceedings and deadlines in this action are stayed pending a final decision by the JPML concerning the transfer of this action for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, or upon further order of the Court.

SO ORDERED this __5th__ day of __December__, 2011.

_____
Hon. Walter H. Rice
United States District Court