IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KARITA PIERSON,                  :

        Plaintiff(s),            :      Case No. 3:11-cv-352

- vs -                           :
                                Judge Walter Herbert Rice

SKECHERS, USA, INC., et al.,     :

        Defendant(s).            :

---

## ORDER

---

It is hereby ordered that the above captioned cause be administratively processed.

December 5, 2011

*/s/ Walter Herbert Rice*
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case Stayed pending action by the Judicial Panel on Multi-District Litigation."